UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEELEX S.A., <br><br>                    Petitioner,<br><br>      - against -<br><br>DASIL CORP.,<br><br>                    Respondent. | AMENDED <br>[PROPOSED] JUDGMENT <br><br> 07-CV-2309(RLM) |

A Memorandum and Order of Honorable Roanne L. Mann, United States Magistrate Judge, having been filed on December 10, 2007, ordering that the judgment be entered in Steelex's favor; confirming the arbitral award; ordering Dasil to pay Steelex $69,921.73 plus post-award, pre-judgment interest, as well as post-judgment interest; and ordering that the interest rate shall be calculated in accordance with 28 U.S.C. § 1961 starting from January 25, 2007 until the entry of this judgment,

      NOW, on motion of Anderson Kill & Olick, P.C. attorneys for Steelex S.A., it is

      ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, Steelex, S.A. and against defendant, Dasil Corporation; that the arbitral award is confirmed; that Dasil Corporation is ordered to pay Steelex S.A. $69,921.73, plus post-award, pre-judgment interest on the sum of $69, 921.73 running from January 25, 2007 at the rate of 5.08% per annum in the amount of $3,114.10; plus post-judgment interest in the amount of $621.63 at the rate of 3.17% per annum, for a total sum of $73,657.46 and Steelex S.A. shall have execution therefore.

Dated: Brooklyn, New York
       March 18, 2008

                                                    By: _____
                                                         Robert C. Heinemann
                                                        Clerk of Court